United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **PANKAJ KANDA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01320** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Pankaj Kanda's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

On July 29, 2026, the Government filed an advisory to inform the Court that the pending Petition, (Dkt. 1), is Petitioner's third habeas petition. (Dkt. 7.) His first petition was denied on April 10, 2026. (*See* 5:26-cv-00158). Petitioner currently has a second petition pending before United States District Judge Marina Garcia Marmolejo. (*See* 5:26-cv-00838). The Government argues that the third pending petition is an abuse of the writ and should either be dismissed or consolidated with the second proceeding. (*See* Dkt. 7 at 1.)

When a petitioner files a duplicate petition alleging "substantially the same facts arising from a common series of events," the later-filed petition should ordinarily be dismissed. *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) ("Ordinarily . . . the district court confronted with the later-filed action should dismiss it in favor of the case that was filed earlier."); *see, e.g., Zhao*

*v. Holder*, 2010 WL 517897, at *1 (S.D. Tex. Feb. 10, 2010) (dismissing later-filed immigration habeas petition as duplicative). While not identical filings, the Petitioner's petition in 5:26-cv-01320 appears to arise from the same facts and assert the same legal claims as the petition currently pending in 5:26-cv-00838. (*Compare* 5:26-cv-00838, Dkt. 1, *with* 5:26-cv-01320, Dkt. 1.)

Accordingly, Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1), is **DISMISSED** without prejudice to Petitioner's pending action before Judge Garcia Marmolejo, 5:26-cv-00838. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and **TERMINATE** any pending motions or deadlines that may be associated with this case.

Finally, the Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**Pankaj Kanda**
**A # 240-857-649**
**Rio Grande Detention Center**
**1001 San Rio Blvd**
**Laredo, TX 78046**

IT IS SO ORDERED.

SIGNED this July 31, 2026.

Diana Saldaña
United States District Judge